IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01515-CMA-KLM

ROBERT E. GOODSON,

    Plaintiff,

v.

MEGAN J. BRENNAN, Postmaster General of the United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend First Amended Complaint** [#19][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED** and Plaintiff's Second Amended Complaint [#20] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

    Dated:  January 11, 2016

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.