IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01515-CMA-KLM

ROBERT E. GOODSON,

    Plaintiff,

v.

MEGAN J. BRENNAN, Postmaster General of the United States Postal Service,

    Defendant.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/Arthur S. Nieto | s/ Timothy Bart Jafek |
| Arthur S. Nieto, Esq. | Timothy Bart Jafek, |
| 1554 Emerson Street | Assistant U.S. Attorney |
| Denver, Colorado 80218 | 225 Seventeenth Street, Suite 700 |
| (303) 832-9476 | Denver, Colorado 80202 |
| e-mail: arthurnieto@qwestoffice.net | (303) 454-0100 |
| | Timothy.Jafek@usdoj.gov |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

**SO ORDERED**

Dated: April 1, 2016

_____
Hon. Kristen L. Mix
United States Magistrate Judge